**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MENASHE F.,

                Plaintiff,                21 **CIVIL** 6762 (GRJ)

      -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated December 16, 2022, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 19) is GRANTED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 24) is DENIED; and this case is REMANDED for further administrative proceedings consistent with this Decision and Order.

**Dated:** New York, New York
          December 16, 2022

                                                      **RUBY J. KRAJICK**

                                                          **Clerk of Court**

              **BY:**

                                                         **Deputy Clerk**